1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  2030 E. 4th Street
   Suite 205
3  Santa Ana, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff NGOC LAM CHE
6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | NGOC LAM CHE, an individual       )  Case No.:  5:15-cv-05423-NC
                                       )
12 |         Plaintiff,                )  **ORDER RE STIPULATION OF**
                                       )  **VOLUNTARY DISMISSAL WITH**
13 |         vs.                       )  **PREJUDICE**
                                       )
14 | ABERCROMBIE & FITCH MANAGEMENT    )
     CO., a Delaware corporation; and DOES 1 )
15 | through 10,                       )
                                       )
16 |         Defendants.               )
                                       )
17                                     )
                                       )
18                                     )
                                       )
19                                     )
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23                                     )
                                       )

24

25

26

27

28

**ORDER**
5:15-CV-05423-NC

1
2
3   Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's fees.
4
5   IT IS SO ORDERED
6
7   Dated: Augusyt 18, 2016
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

